Prob 12C
(Rev. 10/10 - D/SC)

# UNITED STATES DISTRICT COURT

for

District of South Carolina

**Petition for Warrant or Summons for Offender Under Supervision**

**Name of Offender:** Marjorie Moise  **Case Number:** 2:95CR00194-001
aka Katrina Yates, aka Jane Doe

**Name of Sentencing Judicial Officer:** The Honorable Sol Blatt, Jr., Senior United States District Judge

**Date of Original Sentence:** August 12, 1998

**Original Offense:** Conspiracy to Possess w/Intent to Distribute and Distribution of Cocaine and Cocaine Base, 21 U.S.C. § 841(a)(1) and 846 **(Count 1)**; Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) **(Counts 2 and 3)**; Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) **(Count 4)**; Conspiracy to Money Launder, 18 U.S.C. § 1956(h) **(Count 8)**; Money Laundering, 18 U.S.C. § 1956 (a)(1)(A)(I) and (a)(1)(B)(I) **(Counts 9 - 23)**

**Original Sentence:** 360 months **(Counts 1-4)**; 240 months **(Counts 8-23)**; said terms to run concurrently. Supervised release term for 10 years **(Counts 1 and 2)**; 6 years **(Counts 3 and 4)**; and 3 years **(Counts 8-23)**; said terms to run concurrently

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** April 13, 2012

**Assistant U.S. Attorney:** Robert H. Bickerton     **Defense Attorney:** Eduardo K. Curry
                                                                    Gregory Foreman

**Previous Court Action/Notification(s):** On June 26, 2000, the Court approved an Amended Judgment in a Criminal Case for a Reduction of Sentence for Changed Circumstances (Fed.R.Crim.P.35(b)), reducing the term of imprisonment to 225 months as to Counts 1, 2, 3, 4, and 8-23, said terms to run concurrently. All other terms of the original Judgment and Commitment remain the same.

## PETITIONING THE COURT

[X]  To issue a warrant

[ ]  To issue a summons

Prob 12C
(Rev. 10/10 - D/SC)

PAGE 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| *Violation Number* | *Nature of Noncompliance* |
|---|---|
| 1. | **Failure to report in person to the probation office in the district to which the defendant is released within 72 hours of release from custody**: On April 13, 2012, Ms. Moise was released from ICE custody to ICE supervision in Brockton, Massachusetts. Since her release, she has failed to report or contact the United States Probation Office in Massachusetts. To date, all attempts to locate and contact her have been unsuccessful. Conditions of supervised release were read to Ms. Moise by United States Probation Officer Daugherty in Charleston, South Carolina on August 12, 1998, wherein she was informed of the mandate to report upon release from custody. Ms. Moise signed the conditions of supervision and was provided a copy of the same. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 19, 2012___

_____
Jonathan J. Diller
U.S. Probation Officer

Reviewed and Approved By:

_____
Charles O. Glaze
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

◈Prob 12C
(Rev. 10/10 - D/SC)

PAGE 3

## BOND CONSIDERATION:

☑ Bond to be set at the discretion of the United States Magistrate Judge

☐ No bond to be set.

☐ Other (specify): _____

_____
Sol Blatt, Jr.
Senior United States District Judge

__12/3/12__
Date